UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAL HODGINS,

                Plaintiff,

   v.

JEFF NEINDORF,

                Defendant.

Case No. 22-0602-TL

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because removal Defendant does not appear to have funds available to afford the $402.00 filing fee, Defendant financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Defendant's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk is directed to send copies of this Order to the parties and to the assigned District Judge.

Dated this 9th day of May, 2022.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1